IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DIANE DARRIMON AND JOSH DARRIMON,

    Plaintiffs,

v.

JEFF SMITH,

    Defendant.

No. C 16-00808 WHA

**ORDER TO SHOW CAUSE**

Pro se defendant Jeff Smith removed this unlawful detainer action, originally filed in Lake County Superior Court, to federal court. Plaintiffs Diane and Josh Darrimon, who are represented by counsel, promptly filed a motion to remand, asserting that this unlawful detainer action did not raise any federal question and that the parties are not diverse. Defendant's response to the remand motion was due on March 22, but nothing has been received. By **NOON ON APRIL 11, 2016**, plaintiff is hereby ordered to show cause, in writing, why he failed to file a timely opposition. By the same date, plaintiff must also file either an opposition to the motion to remand or a statement of non-opposition. Failure to respond, or to show sufficient cause as to why plaintiff did not file a timely opposition, will result in the case being remanded to Lake County Superior Court.

**IT IS SO ORDERED.**

Dated: March 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE