IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DARRIMON AND JOSH DARRIMON,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEFF SMITH,<br><br>    Defendant.<br>_____/ | No. C 16-00808 WHA<br><br>**ORDER SETTING REPLY DEADLINES AND HEARING ON PENDING MOTIONS** |

Pro se defendant Jeff Smith has responded to the order to show cause and has submitted oppositions to the motion to remand and the motion to dismiss. Plaintiffs' replies to the oppositions shall be due on **MAY 12, 2016**. A hearing on the motions is hereby set for **JUNE 2, 2016, AT EIGHT A.M.**

**IT IS SO ORDERED.**

Dated: April 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE